**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| FORREST SAWLAW, WILLIAM SHOLY, and LUCAS WARBURTON, as the representatives of a class of similarly situated persons, and on behalf of the Hollandia Produce Group, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MOSAIC CAPITAL INVESTORS I, LP, TRUE WEST CAPITAL PARTNERS FUND II, L.P., KEITH BUTCHER, MICHAEL ZELLER, IAN MOHLER, IAIN DOUGLAS, MOORE & VAN ALLEN PLLC, and GREATBANC TRUST COMPANY,<br><br>Defendants. | Case No. 3:25-cv-00624-MOC-SCR |

**LENDER DEFENDANTS' PARTIAL MOTION TO DISMISS**
**GREATBANC'S SUPPLEMENTAL CONTINGENT CROSSCLAIMS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rule of Civil Procedure, Cross-Defendants Ian Mohler, Iain Douglas, Mosaic Capital Investors I, L.P., and True West Capital Partners Fund II, L.P.'s (the "Lender Defendants"), respectfully move to dismiss Counts One, Three, Five, and Six of Cross-Claimant GreatBanc Trust Company's ("GreatBanc") Supplemental Contingent Crossclaims ("Crossclaims"), which allege that in the unlikely event that the Court finds GreatBanc or the Lender Defendants liable for any wrongdoing alleged by Plaintiffs, the Lender Defendants, and not GreatBanc, should be liable.

As described in the Lender Defendants' accompanying Brief in Support of their Motion to Dismiss, the Court should dismiss Counts One, Three, Five, and Six of the Crossclaims for the following reasons:

- Count One fails because GreatBanc does not identify a legal source for claim and because it is pre-empted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*

- Count Three fails because neither GreatBanc nor Plaintiffs allege facts supporting a claim for equitable relief under 29 U.S.C. § 1132(a)(3).

- The Court lacks subject matter jurisdiction over Counts Five and Six because claims for indemnification and contribution are not ripe until after a judgment has been entered against the party seeking contribution or indemnification, and no judgment has been entered against GreatBanc.

April 24, 2026

/s/ *Lars C. Golumbic*
Lars C. Golumbic*
Andrew Salek-Raham*
Shai D. Bronshtein*
Benjamin J. Koenigsfeld*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW, Ste 1200
Washington, D.C. 20006
(T) 202-857-0620
(F) 202-659-4503
lgolumbic@groom.com
asalek-raham@groom.com
sbronshtein@groom.com
bkoenigsfeld@groom.com

**appearing pro hac vice*

Grant M. Wills
N.C. Bar No. 58443
FORD HARRISON, LLP
6000 Fairview Road, Ste 1415
Charlotte, NC 28210
(T)980-282-1909
(F)980-282-1949
gwills@fordharrison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

/s/ *Lars C. Golumbic*
Lars C. Golumbic

**CERTIFICATE OF ARTIFICIAL INTELLIGENCE USE**

I hereby certify that no artificial intelligence was employing in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in Westlaw. I further certify that every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

/s/ *Lars C. Golumbic*
Lars C. Golumbic